FILED
CLERK OF THE
BANKRUPTCY COURT

01 PM 12: 11

HARTFORD DIV.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re: | CHAPTER 11 |
| HANDY & HARMAN REFINING GROUP, INC. | |
| Debtor. | CASE NO. 00-20845 (RLK) |
| | ADV. PROC. NO. 02-02032 |
| HANDY & HARMAN REFINING GROUP, INC. | |
| Plaintiff, | |
| VS. | |
| MORGAN GUARANTY TRUST COMPANY OF NEW YORK, ET AL. | |
| Defendants. | JULY 29, 2002 |

### ANSWER AND AFFIRMATIVE DEFENSES
### OF PRUDENTIAL SECURITIES, INCORPORATED

The defendant, Prudential Securities, Incorporated ("Prudential"), by and through its undersigned counsel of record, hereby files this response to the Adversary Complaint dated March 24, 2002.

### ANSWER

1. The allegations of Paragraph 1 of the Adversary Complaint state legal conclusions to which no response is required.

KROLL, MCNAMARA, EVANS & DELEHANTY, LLP
29 SOUTH MAIN STREET, WEST HARTFORD, CT 06107 ▲ (860) 561-7070 ▲ JURIS NO. 410641

2. The allegations of Paragraph 2 are admitted.

3. The allegations of Paragraph 3 are admitted.

4. The allegations of Paragraph 4 are admitted.

5. The allegations of Paragraph 5 are admitted.

6. The allegations of Paragraph 6 are admitted.

7. The allegations of Paragraph 7 are admitted.

8. The allegations of Paragraph 8 are admitted.

9. Prudential lacks sufficient information and knowledge to form a belief, and such, leaves Plaintiff to its proof.

10. Prudential lacks sufficient information and knowledge to form a belief, and such, leaves Plaintiff to its proof.

11. Prudential lacks sufficient information and knowledge to form a belief, and such, leaves Plaintiff to its proof.

12. Prudential lacks sufficient information and knowledge to form a belief, and such, leaves Plaintiff to its proof.

13. Admitted.

14. Prudential lacks sufficient information and knowledge to form a belief, and such, leaves Plaintiff to its proof.

15. Prudential lacks sufficient information and knowledge to form a belief, and such, leaves Plaintiff to its proof.

KROLL, MCNAMARA, EVANS & DELEHANTY, LLP
29 SOUTH MAIN STREET, WEST HARTFORD, CT 06107 ▲ (860) 561-7070 ▲ JURIS No. 410641

16. Prudential lacks sufficient information and knowledge to form a belief, and such, leaves Plaintiff to its proof.

17. Prudential lacks sufficient information and knowledge to form a belief, and such, leaves Plaintiff to its proof.

18. Prudential lacks sufficient information and knowledge to form a belief, and such, leaves Plaintiff to its proof.

19. Prudential lacks sufficient information and knowledge to form a belief, and such, leaves Plaintiff to its proof.

20. Prudential lacks sufficient information and knowledge to form a belief, and such, leaves Plaintiff to its proof.

21. Prudential repeats and restates its responses to Paragraphs 1 through 20 as its response to Paragraph 21.

22. Prudential lacks sufficient information and knowledge to form a belief, and such, leaves Plaintiff to its proof.

23. Prudential lacks sufficient information and knowledge to form a belief, and such, leaves Plaintiff to its proof.

24. Prudential repeats and restates its responses to Paragraphs 1 through 20 as its response to Paragraph 24.

25. Prudential lacks sufficient information and knowledge to form a belief, and such, leaves Plaintiff to its proof.

KROLL, MCNAMARA, EVANS & DELEHANTY, LLP
29 SOUTH MAIN STREET, WEST HARTFORD, CT 06107 ▲ (860) 561-7070 ▲ JURIS NO. 410641

26. Prudential lacks sufficient information and knowledge to form a belief, and such, leaves Plaintiff to its proof.

27. Prudential repeats and restates its responses to Paragraphs 1 through 20 as its response to Paragraph 27.

28. Paragraph 28 is denied.

29. Paragraph 29 is denied.

30. Prudential repeats and restates its responses to Paragraphs 1 through 20 as its response to Paragraph 30.

31. Prudential lacks sufficient information and knowledge to form a belief, and such, leaves Plaintiff to its proof.

32. Prudential lacks sufficient information and knowledge to form a belief, and such, leaves Plaintiff to its proof.

KROLL, MCNAMARA, EVANS & DELEHANTY, LLP
29 SOUTH MAIN STREET, WEST HARTFORD, CT 06107 ▲ (860) 561-7070 ▲ JURIS NO. 410641

## AFFIRMATIVE DEFENSES

<u>First Affirmative Defense</u>

The Adversary Complaint fails to state a claim upon which relief may be granted.

<u>Second Affirmative Defense</u>

The transfer(s) alleged do not involve property of the Debtor.

<u>Third Affirmative Defense</u>

To the extent there was a transfer from the Debtor to Prudential, the Plaintiff's claims are barred by 11 U.S.C. § 547(c)(1), in whole or in part, because the transfer was intended to be the Debtor and Prudential to be a contemporaneous exchange of new value given by the Debtor, and was in fact a substantially contemporaneous exchange.

<u>Fourth Affirmative Defense</u>

To the extent there was a transfer from the Debtor to Prudential, the Plaintiff's claims are barred by 11 U.S.C. § 547(c)(2), in whole or in part, because the transfer was in payment of a debt incurred by the Debtor in the ordinary course of business or financial affairs of the Debtor and Prudential, was made in the ordinary course of business or financial affairs of the Debtor and Prudential, and was made according to ordinary business terms.

<u>Fifth Affirmative Defense</u>

To the extent there was a transfer from the Debtor to Prudential, the Plaintiff's claims are barred by 11 U.S.C. § 546(e).

KROLL, MCNAMARA, EVANS & DELEHANTY, LLP
29 SOUTH MAIN STREET, WEST HARTFORD, CT 06107 ▲ (860) 561-7070 ▲ JURIS NO. 410641

Dated at West Hartford, Connecticut this 29th day of July, 2002.

DEFENDANT, PRUDENTIAL
SECURITIES INCORPORATED

By _____
Douglas M. Evans, Esq.
Federal Bar No CT04613
KROLL, McNAMARA, EVANS
& DELEHANTY, LLP
29 South Main Street
West Hartford, CT 06107
Phone: (860) 561-7070
Fax: (860) 561-7075
Its Attorneys

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re:<br><br>HANDY & HARMAN REFINING GROUP, INC.<br><br>Debtor.<br><br>HANDY & HARMAN REFINING GROUP, INC.,<br><br>Plaintiff,<br><br>VS.<br><br>MORGAN GUARANTY TRUST COMPANY OF NEW YORK, ET AL.<br><br>Defendants. | CHAPTER 11<br><br>CASE NO. 00-20845 (RLK)<br><br>ADV. PROC. NO. 02-02032<br><br><br><br><br><br><br><br><br><br>JULY 29, 2002 |

**CERTIFICATION OF SERVICE**

This is to certify that on the 29th day of July, 2002, the undersigned did cause to be sent, via first class U.S. Mail, postage prepaid, the Answer, Affirmative Defenses and Cross Claim of Prudential Securities Incorporated, to:

| | |
|---|---|
| Stephen M. Kindseth, Esq.<br>Zeisler & Zeisler, PC<br>558 Clinton Avenue<br>P.O. Box 3186<br>Bridgeport, CT 06605-0186 | Joseph L. Clasen, Esq.<br>Christopher J. Major, Esq.<br>Robinson & Cole, LLP<br>695 East Main Street<br>P.O. Box 1305<br>Stamford, CT 06904 |

KROLL, MCNAMARA, EVANS & DELEHANTY, LLP
29 SOUTH MAIN STREET, WEST HARTFORD, CT 06107 ▲ (860) 561-7070 ▲ JURIS NO. 410641

| | |
|---|---|
| Raymond C. Bliss, Esq.<br>William J. O'Sullivan, Esq.<br>Baker, O'Sullivan & Bliss, PC<br>Putnam Park, Suite 100<br>100 Great Meadow Road<br>Wethersfield, CT 06109-2355 | William E. Murray, Esq.<br>Edwards & Angell, LLP<br>90 State House Square<br>9th Floor<br>Hartford, CT 06103 |

_____
Douglas M. Evans

**KROLL, MCNAMARA, EVANS & DELEHANTY, LLP**
29 SOUTH MAIN STREET, WEST HARTFORD, CT 06107 ▲ (860) 561-7070 ▲ JURIS NO. 410641