UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| HANDY & HARMAN REFINING GROUP, INC., | : | CHAPTER 11 |
| Debtor | : | CASE NO. 00-20845 (RLK) |
| HANDY & HARMAN REFINING GROUP, INC. | : | ADV. PROC. NO. 02-2032 RLK |
| Plaintiff | : | |
| VS. | : | |
| MORGAN GUARANTY TRUST COMPANY OF NEW YORK, HANDY & HARMAN, FERRARI S.P.A., PRUDENTIAL SECURITIES CORP. AND N.M. ROTHSCHILD & SONS (AUSTRALIA) LIMITED, | : | SEPTEMBER 17, 2002 |
| Defendants | : | |

## ANSWER AND AFFIRMATIVE DEFENSES OF FERRARI S.P.A.

BY WAY OF ANSWER:

1. Admitted.

2. The Defendant is without sufficient information to form a belief and accordingly leaves the Plaintiff to its proof.

3. The Defendant is without sufficient information to



form a belief and accordingly leaves the Plaintiff to its proof.

4. The Defendant is without sufficient information to form a belief and accordingly leaves the Plaintiff to its proof.

5. The Defendant is without sufficient information to form a belief and accordingly leaves the Plaintiff to its proof.

6. Admitted.

7. Admitted.

8. Admitted.

9. The Defendant is without sufficient information to form a belief and accordingly leaves the Plaintiff to its proof.

10. The Defendant is without sufficient information to form a belief and accordingly leaves the Plaintiff to its proof.

11. The Defendant is without sufficient information to form a belief and accordingly leaves the Plaintiff to its proof.

12. Admitted.

13. The Defendant is without sufficient information to form a belief and accordingly leaves the Plaintiff to its proof.

14. The Defendant is without sufficient information to form a belief and accordingly leaves the Plaintiff to its proof.

15. The Defendant is without sufficient information to form a belief and accordingly leaves the Plaintiff to its proof.

16. The Defendant is without sufficient information to form a belief and accordingly leaves the Plaintiff to its proof.

17. The Defendant is without sufficient information to form a belief and accordingly leaves the Plaintiff to its proof.

18. The Defendant is without sufficient information to form a belief and accordingly leaves the Plaintiff to its proof.

19. The Defendant is without sufficient information to

form a belief and accordingly leaves the Plaintiff to its proof.

20. The Defendant is without sufficient information to form a belief and accordingly leaves the Plaintiff to its proof.

21. The Answers to paragraphs 1 through 20 are hereby incorporated and made the answer to paragraph 21.

22. The Defendant is without sufficient information to form a belief and accordingly leaves the Plaintiff to its proof.

23. The Defendant is without sufficient information to form a belief and accordingly leaves the Plaintiff to its proof.

24. The Answers to paragraphs 1 through 20 are hereby incorporated and made the Answer to paragraph 24.

25. Denied.

26. Denied.

27. The Answers to paragraphs 1 through 20 are hereby incorporated and made the Answer to paragraph 27.

28. The Defendant is without sufficient information to

form a belief and accordingly leaves the Plaintiff to its proof.

29. The Defendant is without sufficient information to form a belief and accordingly leaves the Plaintiff to its proof.

30. The Answers to paragraphs 1 through 20 are hereby incorporated and made the Answer to paragraph 30.

31. The Defendant is without sufficient information to form a belief and accordingly leaves the Plaintiff to its proof.

32. The Defendant is without sufficient information to form a belief and accordingly leaves the Plaintiff to its proof.

AFFIRMATIVE DEFENSES

The Defendant Ferrari S.P.A. at no time took equitable, legal, or other title to any of the property referenced in debtor/Plaintiff's complaint.

FERRARI S.P.A.

By _____
Todd H. Lampert, Esq./ct10180
Lampert, Williams & Toohey
46 Main Street
New Canaan, CT 06840
(203) 972-8100

**CERTIFICATION**

This is to certify that a copy of the foregoing Appearance was sent by regular mail, postage prepaid, to all counsel of record on this 17th day of September, 2002 as follows:

Stephen M. Kindseth, Esq.
Zeisler & Zeisler
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605

Nicole L. Barber, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605

Joseph L. Clasen, Esq.
Robinson & Cole LLP
695 East Main Street
Stamford, CT 06901

William J. O'Sullivan, Esq.
Baker O'Sullivan & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109

Douglas M. Evans, Esq.
Kroll, McNamara, Evans & Delehanty LLP
29 South Main Street
West Hartford, CT 06107

William W. Murray, Esq.
Edwards & Angell, LLP
90 State House Square, 9th Floor
Hartford, CT 06103

_____
Todd H. Lampert